# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143680

MICHAEL VELA,
        Plaintiff-Appellee,

v

                                           SC: 143680
                                           COA: 298478

WAYNE COUNTY AIRPORT AUTHORITY,       Wayne CC: 08-113813-NO
        Defendant/Third-Party
        Plaintiff-Appellant,

and

AMERICAN AIRLINES, INC.,
        Third-Party Defendant.
_____/

On order of the Court, the application for leave to appeal the July 26, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

d1219                                          Clerk